

## MEMORANDUM OPINION

No. 04-08-00659-CV

**IN RE** Michael **SCHEXNIDER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                 Rebecca Simmons, Justice
                 Steven C. Hilbig, Justice

Delivered and Filed:   October 15, 2008

PETITION FOR WRIT OF MANDAMUS DISMISSED

On October 8, 2008, Relator filed a motion to dismiss this mandamus petition. Prior to the motion, on September 19, 2008, Relator filed a notice of nonsuit in this court. Accordingly, relator's petition for writ of mandamus is DISMISSED. *See* TEX. R. APP. P. 42.1(a)(1). Our stay order, entered August 29, 2008, is vacated.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 08-211-C, styled *In the Matter of the Marriage of Jennifer Ann Schexnider and Michael Keith Schexnider and In the Interest of Claire Alyse Schexnider and Nathaniel James Schexnider, Children,* in the County Court at Law, Kerr County, Texas, the Honorable Spencer W. Brown presiding.